No. 4783.—RODRÍGUEZ ET AL., apldos., *v.* RAMOS, aplte.—C. D. Arecibo. Junio 28, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vistos el escrito de oposición a la moción que antecede sobre desestimación del presente recurso, y los casos de *García v. American Railroad Co. of Porto Rico,* 17 D.P.R. 949; *Sucs. de José Martínez v. Tomás Dávila & Co.,* 17 D.P.R. 1008; *Hernández v. American Railroad Co. of Porto Rico,* 17 D.P.R. 1225; y *Sucesión Peraza v. Marín,* No. 4549, resolución de diciembre 18, 1928: no ha lugar a la desestimación solicitada.

No. 4994.—HERNÁNDEZ ET AL., apltes., *v.* LA CORTE MUNICIPAL DE CAYEY, demandada, y RIVERA, interventor-apldo.—C. D. Guayama. Julio 8, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Resulta de la moción de la parte apelada y de la certificación que se acompaña, que esta apelación fué presentada en 25 de abril de 1929, sin que se haya radicado la transcripción de autos, ni se hayan solicitado prórrogas y no aparezca gestión alguna de la parte apelante; por lo que se desestima la apelación.

No. 5012.—TORRES, aplte., *v.* YABUCOA SUGAR COMPANY, aplda.—C. D. Humacao. Julio 8, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

A la moción de desestimación de junio 20 último, vista sin asistencia de las partes el 1º de julio actual, apareciendo que la apelación se interpuso el 1º de diciembre de 1927 y que la última prórroga concedida para perfeccionarla venció el 14 de enero de 1929 sin que la parte apelante haya hecho ninguna otra gestión, se desestima, por abandono, el recurso.